IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00233-MSK-CBS

GREAT BIG COLOR, INC.,
a Colorado corporation,

      Plaintiff,

v.

BISHOP TAYLOR GROUP, LLC,
an Illinois limited liability company,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiff's Joint Motion to Vacate Scheduling and Planning Conference and Associated Deadlines (*doc. no. 10*) is **GRANTED**, in part.  The Court would like to meet with parties at the time originally set for a scheduling conference.  Accordingly, it is hereby

      **ORDERED** that the scheduling conference set for **March 29, 2007, at 9:15 a.m.** is **CONVERTED** into a status conference in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Parties are **not** required to submit individual confidential settlement statement(s) and a proposed scheduling order in accordance with the Court's Order dated February 6, 2007.

**DATED:**      March 21, 2007