## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00233-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 6, 2008 | Courtroom Deputy: Ben Van Dyke |

GREAT BIG COLOR, INC.,            Daniel K. Calisher, via telephone
a Colorado corporation,

    **Plaintiff,**

v.

BISHOP TAYLOR GROUP, LLC,          Jennifer H. Weddle, via telephone
an Illinois limited liability company,       Robert H. Lang, via telephone

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTIONS HEARING**
**Court in Session:** 4:30 p.m.
Court calls case. Appearances of counsel. John Anderson and Floyd Babbitt, counsel for third-party deponent Steven B. Globerman,, are also present for the hearing.

**ORDERED:** Defendant's Emergency Motion to Compel Third-Party Deposition [filed May 6, 2008 ;doc. 61] is denied without prejudice for the reasons stated on the record.

HEARING CONCLUDED.

**Court in recess:** 4:56 p.m.
Total time in court: 00:26